NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30247
11-SEP-2012
08:32 AM

NO. 30247

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FAUSTINO V. ABADILLA,
Petitioner-Appellant,
v.
STATE OF HAWAI'I,
Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P.P. NO. 09-1-0002)

ORDER DISMISSING APPEAL AS MOOT
(By: Nakamura, C.J., Foley and Reifurth, JJ.)


Petitioner-Appellant Faustino Abadilla (Abadilla) appeals from the "Findings of Fact, Conclusions of Law and Order Denying Petitioner's May 28, 2009 Petition for Post-Conviction Relief (Rule 40, HRPP)," entered December 2, 2009 in the Circuit Court of the Third Circuit.[1]

Abadilla's "Petition for Post Conviction Relief (Rule 40, HRPP)" and appeal challenge the terms of his minimum terms of

---

[1] The Honorable Greg K. Nakamura presided.

imprisonment fixed by the Hawaiʻi Paroling Authority.[2]  All of Abadilla's minimum terms of imprisonment have expired.

Therefore, this appeal is moot, and IT IS HEREBY ORDERED dismissed.

DATED:    Honolulu, Hawaiʻi, September 11, 2012.

On the briefs:

Brian J. De Lima
Francis R. Alcain
(Crudele & De Lima)
for Petitioner-Appellant.

Diane K. Taira
Deputy Attorney General
for Respondent-Appellee.

Chief Judge

Associate Judge

Associate Judge

---

[2]  Respondent-Appellee State of Hawaiʻi argues that the expiration of Abadilla's minimum terms was properly calculated based on State v. Tauiliili, 96 Hawaiʻi 195, 29 P.3d 914 (2001).  See State v. Garcia, 125 Hawaiʻi 429, 263 P.3d 709 (2010) (applying the Tauiliili decision retroactively).